IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00842-WYD-CBS

GORDON MANESS and
MICHELLE TEMMER, a minor,

    Plaintiffs,

v.

UNITED BEHAVIORAL HEALTH, a foreign corporation; and
LOCKHEED MARTIN CORP., a foreign corporation,

    Defendants.

## ORDER

    THIS MATTER is before the Court on the parties' Stipulation to Dismiss Defendant Lockheed Martin Corp. without Prejudice filed May 9, 2012.  After a careful review of the Stipulation and the file, it is

    ORDERED that the Stipulation to Dismiss Defendant Lockheed Martin Corp. without Prejudice (ECF No. 11) is **APPROVED**.  Defendant Lockheed Martin Corp. is **DISMISSED WITHOUT PREJUDICE**, and shall hereafter be taken off the caption.

    Dated:  May 10, 2012

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge