IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00842-WYD-CBS

GORDON MANESS and
MICHELLE TEMMER, a minor,

    Plaintiffs,

v.

UNITED BEHAVIORAL HEALTH, a foreign corporation,

    Defendant.

## ORDER OF DISMISSAL

    THIS MATTER is before the Court on the parties' Stipulation for Dismissal With Prejudice filed September 7, 2012.  After a careful review of the Stipulation and the file, it is

    ORDERED that the Stipulation for Dismissal With Prejudice (ECF No. 17) is **APPROVED**, and this case is **DISMISSED WITH PREJUDICE**, each party to pay their and its own costs and fees.

    Dated:  September 7, 2012

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge